

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2017

No. 04-17-00263-CR

Miguel **GONZALEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0046
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The State's motion for extension of time to file its brief is granted. We order the State's brief due January 2, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court